1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7
8
9
10
11
12
13
14

DORA RODRIGUEZ,

                          Plaintiff,

     v.

WAL-MART STORES, INC., a
Delaware corporation,

                          Defendant.

NO:  CV-10-3114-RMP

ORDER OF DISMISSAL WITH
PREJUDICE

15
16
17
18
19

        BEFORE the Court is the parties' Joint Motion to Dismiss with Prejudice,

ECF No. 12.  Having reviewed said motion and the file and pleadings therein, the

Court finds good cause to grant the motion.  Accordingly,

20          **IT IS HEREBY ORDERED:**

21
22
23

1.   The parties' Joint Motion for Dismissal with Prejudice, ECF No. **12**, is

     **GRANTED**.  Plaintiff's Complaint and any and all counterclaims and/or

24     cross-claims are dismissed with prejudice and without costs to any party.

25
26

2.  All pending motions, if any, are **DENIED AS MOOT**.

27
28

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 27th day of June, 2011.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2